# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
GCC McCarthy Joint Venture IV ) ASBCA Nos. 60622, 60624, 60457
) 60761, 60842
Under Contract No. W9126G-12-C-0015 )

APPEARANCES FOR THE APPELLANT: Eric L. Nelson, Esq.
Harry Z. Rippeon III, Esq.
  Smith, Currie & Hancock LLP
  Atlanta, GA

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
  Alexandria P. Tramel, Esq.
  Katharine Talbot, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District,
  Forth Worth

## ORDER OF DISMISSAL

The parties have advised the Board they have resolved the disputes and have requested that the appeals be dismissed with prejudice. Accordingly, for good cause shown, the appeals are dismissed with prejudice. This dismissal leaves no appeals remaining before the Board arising from the performance of Contract No. W9126G-12-C-0015. The Board commends the parties for their successful efforts to resolve the appeals.

Dated: March 28, 2019

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60622, 60624, 60457, 60761, 60842, Appeals of GCC McCarthy Joint Venture IV, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals